**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANTHONY NANCE and BETTIE NANCE, | ) |
| Plaintiffs, | ) Case No. 06 CV 6608 |
| CITY OF ELGIN, ET AL., | ) Judge Manning |
| Defendants. | ) Magistrate Judge Denlow |

**MOTION FOR ENTRY OF JUDGMENT AGAINST
THIRD PARTY WITNESS STEVENSON JONES**

Defendants, pursuant to this Court's April 14, 2009 Order, move that the Court enter judgment in the favor of the City of Elgin and against Stevenson Jones in the amount of $1,037.50.

In support of this motion, Defendants state the following:

1. On April 14, 2009, this Court sanctioned third party witness Stevenson Jones in the amount of $1,037.50. The Court ordered Jones to reimburse Defendants this amount on or before April 10, 2009. The Order further stated that "in the event payment is not made, a judgment will be entered against Stevenson Jones."

2. Jones has not made the payment required by the Court's April 14, 2009 Order.

**Relief Requested**

Pursuant to the Court's April 14, 2009 Order, Defendants request that a judgment be entered in favor of the City of Elgin and against Stevenson Jones in the amount of $1,037.50.

    Respectfully submitted,

    CITY OF ELGIN, ET AL.

    By /s/Thomas J. Piskorski
        One of Their Attorneys

Thomas J. Piskorski
Miriam Geraghty
Seyfarth Shaw, LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

June 12, 2009

CH1 11745628.1

# CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2009, I electronically filed the foregoing **Defendants' Motion for Entry of Judgment Against Third Party Witness Stevenson Jones** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

>Ronald J. Broida
>Joseph K. Nichele
>Broida and Associates, Ltd.
>Attorneys at Law
>1250 East Diehl Road
>Naperville, Illinois 60563
>lawyers@broida-law.com

and served upon the following via first class mail on June 12, 2009:

>Stevenson Jones
>1659 Rosehall Lane
>Elgin, Illinois 60123
>
>Mr. Stevenson Jones
>P.O. Box 43
>Elgin, Illinois 60121

_____/s/ Thomas J. Piskorski_____